No. 17,630.

COLORADO ICE AND COLD STORAGE COMPANY, ET AL. *v.*
ALBERT L. HOLLOWAY, ET AL.
(297 P. [2d] 887)

Decided May 28, 1956.

Messrs. SHELDON & NORDMARK, Mr. CHARLES W. SHELDON, JR., for plaintiffs in error.

Mr. LOWELL WHITE, Mr. WALTER A. STEELE, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.